UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

WILLIAM DEMLER,
individually, and on behalf of all others similarly situated,

Plaintiff,
vs.                                                             Case No. 4:19-cv-00094-MW-GRJ D

MARK S. INCH,
in his official capacity as Secretary of the Florida Department of Corrections,
Defendant.
_____/

### NOTICE TO JOIN AS PLAINTIFF TO CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

COMES NOW Edward J. Bellinger, who respectfully moves this Court to join in this case instant, and states:

The Florida Department of Corrections (FDOC) has effectively stolen millions of dollars of digital music and books from the prisoners in its custody. After years of selling these digital media files to FDOC prisoners for listening during their incarceration, the FDOC recently implemented a statewide policy forcing prisoners to surrender their digital media players, rescinding access to all of their digital music and books, and requiring them to re-purchase their digital media files from the FDOC's new contractor. This policy has resulted in the confiscation of the lawfully purchased property of thousands of prisoners, for which the FDOC has not paid just compensation, in violation of the Takings Clause of the Fifth Amendment, and the Due Process Clause of the Fourteenth Amendment.

1. **On January 6, 2019** joiner Plaintiff, Edward Bellinger (prior DC #i01638) was released from the Florida Department of Corrections. Prior to his release Plaintiff paid over $800.00 in purchases made for music on MP3 player Defendant confiscated Plaintiff's devices and denied returning monies to Plaintiff Bellinger while he was in Defendant's custody.
2. Plaintiff demands judgment against Defendant for all monies spent on digital media as relief for Defendant's theft.
3. WHEREFORE, this Notice to Join is respectfully filed.

## CERTIFICATE OF SERVICE

      I certify that I mailed a copy of this document to Office of the General Counsel, Florida Department of Corrections, 501 Calhoun Street, Tallahassee, Florida 32399-2500,; Dante P. Trevisani, 100 S.E. 2nd Street, 3750 Miami Tower, Miami, Florida 33131-2309, by mail this **23** day of February 2019.


Respectfully submitted,

*Edward J. Bellinger*
EDWARD J. BELLINGER
2520 Tahoe Circle
Winter Park, Florida 32792
Ejbellinge101@gmail.com
(407) 310-3674

Edward J. Bellinger
2520 Tahoe Circle
Winter Park, Fla.
          32792

FEB 2 5 2019

United States Court House
     Clerk of Court
111 N. Adams St.
Tallahassee, Fla.
        32301