UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

WILLIAM DEMLER, individually,
and on behalf of all others similarly situated,

    Plaintiff,

vs.                                    Case No. 4:19-cv-00094-RH/GRJ

MARK S. INCH, in his official capacity as
Secretary of the Florida Department of
Corrections,

    Defendant.
_____/

**PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION FOR MORE DEFINITIVE STATEMENT**

Plaintiff, by and through undersigned counsel, respectfully requests, unopposed, a brief, two-week extension of time to file his Response to Defendant Mark S. Inch's Motion for More Definitive Statement and Incorporated Memorandum of Law (D.E. 16) ("Motion for More Definitive Statement"), and in support thereof states:

1.    On April 5, 2019, Defendant filed its Motion for More Definitive Statement (D.E. 16). Plaintiff's Response is due on or before April 19, 2019.

2.    Defendant's Motion for More Definitive Statement raises multiple issues that warrant significant briefing.

1

3.	While Plaintiff has been diligently preparing his response, Plaintiff's counsel had preplanned personal travel during the same time period, in addition to observance of a religious holiday and significant deadlines in several other matters.

4.	As such, Plaintiff is respectfully requesting a brief, two-week extension of time to file his Response to Defendant's Motion for More Definitive Statement, through and including May 3, 2019.

5.	This Motion is made in good faith and not for the purposes of delay. If granted, this Motion will not result in prejudice to any of the parties.

6.	**Certificate of Counsel**.  Pursuant to Local Rule 7.1(B) of the Northern District of Florida, counsel for Plaintiff has conferred with counsel for Defendant, and Defendant's counsel has indicated that it has no objection to a two-week extension of time for Plaintiff to file his Response.

**WHEREFORE**, Plaintiff respectfully requests, for good cause shown, the Court to enter an Order granting an extension of time for Plaintiff to respond to Defendant's Motion for More Definitive Statement, through and including May 3, 2019.

Respectfully submitted,

Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com
Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com

Social Justice Law Collective, PL
974 Howard Ave.
Dunedin FL 34698
Tel: (202) 709-5744

Dante P. Trevisani, Esq.
Florida Bar No. 72912
dtrevisani@floridajusticeinstitute.org
Ray Taseff, Esq.
Florida Bar No. 352500
rtaseff@floridajusticeinstitute.org

Florida Justice Institute, Inc.
100 S.E. 2nd Street
3750 Miami Tower
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (FAX)

By:   *s/Joshua A. Glickman*
    Joshua A. Glickman, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 17th day of April 2019, which will send a notice of electronic filing to all attorneys of record.


By:   *s/ Joshua A. Glickman*
    Joshua A. Glickman, Esq.

3