IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM DEMLER, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                                 CASE NO. 4:19cv94-RH-GRJ

MARK S. INCH, in his official capacity
as Secretary of the Florida Department of
Corrections,

      Defendant.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND TO THE MOTION FOR A MORE DEFINITIVE STATEMENT

The defendant's unopposed motion, ECF No. 19, to extend the deadline to respond to the motion for more definitive statement is granted. The deadline is extended to May 3, 2019.

SO ORDERED on April 19, 2019.

                                        s/Robert L. Hinkle
                                        United States District Judge