# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WILLIAM DEMLER,

      Plaintiff,

v.                          CASE NO.  4:19cv94-RH-GRJ

MARK S. INCH,

      Defendant.

_____/

## OOPS—ORDER CORRECTING THE
## ORDER DENYING THE MOTION FOR
## A MORE DEFINITE STATEMENT

The order entered earlier today denying the defendant's motion for a more definite statement mistakenly asserted the plaintiff missed the deadline for responding to that motion. The deadline had been extended. The plaintiff has now filed an excellent and timely response fully addressing the motion. The response is consistent with the order, so no harm was done, other than the infliction of some embarrassment that rightly rests with the court, not the plaintiff. As my high school

baseball coach taught me to say when the ball went through my legs, "I'll get the next one." Or at least I'll try.

SO ORDERED on May 3, 2019.

s/Robert L. Hinkle
United States District Judge