# NOTICE TO INMATES

## Statewide Multimedia Kiosk/Tablet Program

The Department has awarded a contract to JPay to provide statewide Multimedia Kiosks and Tablets service in Department-run institutions.  The implementation process is underway and is expected to be fully implemented in Spring 2018. The JPay tablets will be available for purchase <u>after</u> the contractor has installed and activated kiosks in all Department-run facilities.

- Upon commencement of tablet sales, the contractor will provide inmates, who have an active Keefe digital music player, a free JP5 mini 4.3" tablet or the option to purchase a JP5S 7" tablet for $50.00.

- Inmates who own a Keefe player will also receive a $10.00 media credit within two (2) weeks of placing their tablet order.

- The Contractor will offer tablets to the remainder of the inmate population at a 50% discount for the first 60-days of availability at the institution.

- After the promotional period, the JP5 mini 4.3" tablet will sell for $79.99 and the JP5S 7" tablet will sell for $129.99.

**Note:**  MP3/4 players, songs, and accessories will continue to be available for purchase under the existing Keefe Digital Music Player Program contract **until December 15, 2017**, but please note that music downloaded to the MP3/4 will not transfer to the new JPay tablets.  Inmates purchasing a tablet will be required to send their music players out in accordance with Rule 33-602.201, F.A.C., Inmate Property.  MP3/4 players sent out can be mailed to Access Corrections to have the non-security software installed, or have the purchased songs downloaded to a CD, for a fee of $25.00.  The MP3/4 players will then be returned to the non-prison address from which it was mailed.  Deadlines for this transition will be distributed at a later date.