## PART B - RESPONSE

| BALLARD, CHRISTOPHER | Y01714 | 1711-211-025 | CROSS CITY C.I. | D1122U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated.

The Digital Music Player Program (MP3) is contractually offered by Access Corrections and the Multimedia Kiosk and Tablet Program is contractually offered by JPay. These are independent companies offering similar, but different, programs with independent contracts with the Florida Department of Corrections. With these vendors and programs being independent of each other, it is not feasible to download content from one vendor's device to another, not only due to incompatibility reasons, but the download of content purchased from one vendor to another vendor's device would negate the new vendor's ability to be compensated for their services.

Based on the above information, this Request for Administrative Remedy or Appeal is DENIED. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by F.A.C. Chapter 33-103.007, and forwarding to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

Responding Employee: N. Hatcher, Classification Supervisor

Signature of Representative: E.A. Winkler, Jr., Assistant Warden

_N. Hatch_
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

11-14-17
DATE

11-14-17

MAILED FROM THE OFFICE OF GRIEVANCE COORDINATOR