RECIEVED
UNION CORRECTIONAL INSTITUTION
SEP 23 2019
BY:
FOR MAILING

Grover W. Peavy #543638
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

Clerk of Court
U.S. Northern District Court
111 N. Adams Strreet
Tallahassee, FL 32301-7730

In Re:     **REQUEST FOR ATTORNEY ADDRESS**
           **Demler v. Inch, Case Number: 4:19-cv-00094-MW-CAS**

Dear Honrable Clerk:

On 9/10/2019, I sent a document to the attorney of record for the class action mentioned above to the following address:

> Joshua A. Glickman
> Attorney At Law
> Social Justice Law Collective, PL     **[OLD ADDRESS]**
> 974 Howard Avenue
> Dunedin, Florida 34698

This was the address given on the complaint filed but my document was *"returned to sender unable to forward"*, would you please send me the following:

1. Send me the new attorney for Plaintiff's address.
2. Send me a print out of the docket sheet of the case

Thank you for your time and assistance in this matter.

Sincerely;
/s/ [signature]
Grover W. Peavy #543638
Plaintiff pro se

Grover W. Peavy - 543658
G3-2052
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

**LEGAL MAIL**

Clerk of Court
U.S. Northern District Court
111 N. Adams Street
Tallahassee, FL 32301-7730

32301877330 C001



ZIP 32083
02 1W
0001403805 SEP 23 2019
US POSTAGE