IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM DEMLER,

    Plaintiff,

v.                                                CASE NO. 4:19cv94-RH-GRJ

MARK S. INCH, in his official capacity
as Secretary of the Florida Department of
Corrections,

    Defendant.

_____/

## ORDER AMENDING THE SCHEDULE

    IT IS ORDERED:

    1. The defendant's motion, ECF No. 62, to defer a ruling on the summary-judgment motion is denied as moot.

    2. The joint motion to extend the discovery deadline and continue the trial, ECF No. 63, is granted.

    3. The discovery deadline is extended to February 7, 2020. This automatically changes the summary-judgment and mediation deadlines, which are tied to the discovery deadline.

Case No. 4:19cv94-RH-MJF

4. The trial is rescheduled for the two-week trial period that begins on May 4, 2020.

SO ORDERED on September 27, 2019.

                                                                    s/Robert L. Hinkle
                                                                    United States District Judge