# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEORGE RICHARD MENDOZA,

      Plaintiff,

v.                                          CASE NO.  4:18cv66-RH-GRJ

SECRETARY MARK INCH et al.,

      Defendants.
_____/


WILLIAM DEMLER,

      Plaintiff,

v.                                          CASE NO.  4:19cv94-RH-GRJ

MARK S. INCH,

      Defendant.
_____/


JOSHUA B. WHITAKER,

      Plaintiff,

v.                                          CASE NO.  4:19cv282-RH-GRJ

MARK INCH et al.,

      Defendants.
_____/

WILBERT R. HURST,

      Plaintiff,

v.                              CASE NO.  4:19cv234-RH-GRJ

MARK S. INCH,

      Defendant.

_____/

## ORDER FOR CROSS-SERVICE OF PAPERS
## IN RELATED CASES AND FOR
## <u>REASSIGNMENT OF MAGISTRATE JUDGE</u>

      These prisoner cases are related. This order tracks orders already entered in the first three cases, making the procedure already in place in those three cases applicable also to the fourth case.

      The first three cases are assigned to the same district and magistrate judges. The fourth case has recently been reassigned to the same district judge but is still assigned to a different magistrate judge. In the interest of judicial economy, and in accordance with this court's standard procedure for closely related matters, this order directs the clerk to reassign the fourth case to the magistrate judge who is assigned to the first three cases.

At least at this time, the cases will proceed separately and will not be consolidated. But this order directs the clerk to provide notice of all filings in any case to the attorneys of record and pro se parties in all the cases.

IT IS ORDERED:

1. The clerk must reassign No. 4:19cv234 to Magistrate Judge Gary R. Jones. The initials included in the case number are changed as shown in the case style of this order.

2. Unless otherwise ordered, the clerk must provide notice of all filings in any of these four cases to the attorneys of record and pro se parties in all the cases.

SO ORDERED on October 1, 2019.

                                   s/Robert L. Hinkle
                                   United States District Judge