IN THE NORTHERN DISTRICT OF FLORIDA

RYAN CLARKE, #C07317　　　＊ CASE NO.
PETITIONER　　　　　　　　＊ 4:19-cv-00094-RH-GRJ
　　V　　　　　　　　　　　＊
STATE OF FLORIDA/　　　　＊
DEPARTMENT OF CORRECTIONS ＊

MOTION TO BE INCLUDED INTO CLASS ACTION SUIT AGAINST THE FLORIDA DEPARTMENT OF CORRECTIONS FOR MULTI MEDIA MP4 PLAYERS

Comes now, Ryan Clarke, Petitioner, Prose in pursuant to Florida Rule(s) of Civil Procedure respectfully am filing this Motion to be Included Into Class Action Suit Against The Florida Department of Corrections For Multi Media MP4 Players. The proposed class member are represented by attorneys with the Florida Justice Institute and the Social Justice Law Collective and the Petitioner wants to be included on grounds as followed:
① the Petitioner purchased an 8MP player in 2012 for $119.95 plus tax and shipping and handling
② the Petitioner purchased 379 songs at $1.70 each for a total = $544.30.
③ The Petitioner request this Honorable Court forward this motion to Et.Al. and to be contacted by the attorneys in charge of this suit.

Provi... 
On 10/14/19 ...  R.C.
By (officer initials) CJ

Respectively Submitted

CERTIFICATE OF SERVICE

I Ryan Clarke #C07317 petitioner swear this afformentioned statement is True and Honorable done this 9 day of October 2019.

*[signature]*

Provided to Walton CI
On 10/14/19 for Mailing
Date
By (officer initials) ____  R.C.

Ryan Clarke C07317 D139
Walton Correctional Institution
691 Institution Road
Defuniak Springs, Fla 32433

MAILED FROM A CORRECTIONAL INSTITUTION

PENSACOLA FL 325
15 OCT 19

Hasler
10/14/2019
US POSTAGE $00
ZIP 32433
011E11678517

Northern District Courthouse of Fla
1 N. Palafox
Pensacola, Fla 32501

32502-566599

CHECKED OCT 16 2019