## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WILLIAM DEMLER,

      Plaintiff,

v.                        CASE NO.  4:19cv94-RH-GRJ

MARK S. INCH,

      Defendant.

_____/

## ORDER DENYING THE MOTION TO EXTEND
## THE SUMMARY-JUDGMENT DEADLINE

The defendant has moved to extend the deadline to move for summary judgment. The defendant asserts it needs an extension because new plaintiffs may be added and the defendant will need to depose them before moving for summary judgment. But the addition of new plaintiffs will not change the principal substantive issues. At most, the addition of new plaintiffs will provide a new basis for summary judgment against the new plaintiffs.

The defendant's requested extension of the deadline for all summary-judgment motions will interfere with the overall schedule. This order thus denies the motion.

If new plaintiffs are added and this provides a new basis for summary judgment, the defendant may promptly move for leave to file a new summary-judgment motion. But any motion raising grounds available at the current March 3 deadline must be filed by March 3.

IT IS ORDERED:

The defendant's motion, ECF No. 125, to extend the deadline to move for summary judgment is denied.

SO ORDERED on February 27, 2020.

s/Robert L. Hinkle
United States District Judge