IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM DEMLER, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.                         **CASE NO. 4:19-cv-00094-RH/GRJ**

MARK S. INCH, in his official capacity
as Secretary of the Florida Department
of Corrections,

Defendant.
_____/

## DEFENDANT INCH'S NOTICE OF FILING

    Defendant MARK S. INCH, through undersigned counsel, pursuant to Local Rule 26.1(A)(2) notices the filing of the Affidavit of John G. Bryant, III, dated February 28, 2020, attached hereto.

                                Respectfully submitted,

                                **ASHLEY MOODY**
                                **ATTORNEY GENERAL**

                                */s/ Miguel A. Olivella, Jr.*
                                MIGUEL A. OLIVELLA, JR.
                                Senior Assistant Attorney General
                                Fla. Bar No. 253723
                                Office of the Attorney General
                                Complex Civil Litigation Division
                                The Capitol - PL 01
                                Tallahassee, FL 32399-1050

        (850) 414-3817
        Miguel.Olivella@myfloridalegal.com
        *Attorney for Defendant Mark S. Inch*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the court using CM/ECF on this 3rd day of March, 2020.

        */s/ Miguel A. Olivella, Jr.*
        MIGUEL A. OLIVELLA, JR.