| | |
|---|---|
| **From:** | Bryant, John |
| **To:** | Bryant, John |
| **Subject:** | FW: New Florida DOC Order Form |
| **Date:** | Wednesday, August 16, 2017 3:59:58 PM |
| **Attachments:** | image003.jpg<br>17125_AC_FL_MediaOrderForm_2017_v6.pdf |

**John G. Bryant III**
**Operations & Management Consultant Manager**
**Office of Administration**
**Bureau of Contract Management and Monitoring**
**Florida Department of Corrections**
**(850) 717-3698 (office) (850) 688-3072 (cell)**
**bryant.john@mail.dc.state.fl.us**

*How's my customer service?  Please click here to conduct a survey*

**From:** Millender, Edward
**Sent:** Tuesday, August 15, 2017 7:33 AM
**To:** Carla Knysak <cmurphy@keefegroup.com>; Bryant, John <John.Bryant@fdc.myflorida.com>
**Cc:** John Clark <jclark@keefegroup.com>; Bill Terry <Bill.Terry@trinityservicesgroup.com>; Barnes, Gilbert <Gilbert.Barnes@fdc.myflorida.com>
**Subject:** RE: New Florida DOC Order Form

Carla

John and I have reviewed the form and it looks fine.

**Regards,**
**Joe Millender (FCCM)**
**Operations Review Specialist**
**Florida Department of Corrections**
**Division of Administration**
**Bureau of Contract Management and Monitoring**
**501 South Calhoun St.**
**Tallahassee, Florida 32399**
**(850) 717-3669**
**Edward.Millender@FDC.myflorida.com**

**EXHIBIT 1**

1RFP03_000010



*How's my customer service?  Please click here to conduct a [survey](survey)*
Safety ★ Accountability★ Fairness & Integrity★ Innovation
**Inspiring Success by Transforming One Life at a Time.**

**CONFIDENTIAL NOTICE:** This message and any attachment(s) are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure and unauthorized review, disclosure, or distribution is prohibited.  If you have received this message in error, please contact the sender (by phone or electronic mail) and then destroy all copies of the original message.

---

**From:** Carla Knysak [mailto:cmurphy@keefegroup.com]
**Sent:** Monday, August 14, 2017 4:16 PM
**To:** Bryant, John <John.Bryant@fdc.myflorida.com>
**Cc:** John Clark <jclark@keefegroup.com>; Bill Terry <Bill.Terry@trinityservicesgroup.com>; Millender, Edward <Edward.Millender@fdc.myflorida.com>; Barnes, Gilbert <Gilbert.Barnes@fdc.myflorida.com>
**Subject:** RE: New Florida DOC Order Form

I apologize I left off the order form. Please see attached.

Thanks,

Carla

**From:** Carla Knysak
**Sent:** Monday, August 14, 2017 3:12 PM
**To:** 'Bryant, John' <John.Bryant@fdc.myflorida.com>
**Cc:** John Clark <jclark@keefegroup.com>; Bill Terry <Bill.Terry@trinityservicesgroup.com>; Millender, Edward <Edward.Millender@fdc.myflorida.com>; Barnes, Gilbert <Gilbert.Barnes@fdc.myflorida.com>
**Subject:** RE: New Florida DOC Order Form

John,

I have updated the order form with the change you requested below.

Thank you,

Carla

**From:** Bryant, John [mailto:John.Bryant@fdc.myflorida.com]
**Sent:** Monday, August 14, 2017 9:49 AM
**To:** Carla Knysak <cmurphy@keefegroup.com>

**Cc:** John Clark <jclark@keefegroup.com>; Bill Terry <Bill.Terry@trinityservicesgroup.com>; Millender, Edward <Edward.Millender@fdc.myflorida.com>; Barnes, Gilbert <Gilbert.Barnes@fdc.myflorida.com>; Bryant, John <John.Bryant@fdc.myflorida.com>
**Subject:** FW: New Florida DOC Order Form

Carla,

With the Edge Mini players being removed from the inmate population, I would have the wording changed to remove the "Edge Mini Player" from the earbud listing.

1838   Earbuds - for use with MP3/MP4 & the Edge Mini Player    1 each   $16.00

**John G. Bryant III**
**Operations & Management Consultant Manager**
**Office of Administration**
**Bureau of Contract Management and Monitoring**
**Florida Department of Corrections**
**(850) 717-3698 (office) (850) 688-3072 (cell)**
**bryant.john@mail.dc.state.fl.us**

*How's my customer service?  Please click here to conduct a* ***survey***

---

**From:** Carla Knysak [mailto:cmurphy@keefegroup.com]
**Sent:** Monday, August 14, 2017 10:37 AM
**To:** Bryant, John <John.Bryant@fdc.myflorida.com>
**Cc:** John Clark <jclark@keefegroup.com>; Bill Terry <Bill.Terry@trinityservicesgroup.com>; Millender, Edward <Edward.Millender@fdc.myflorida.com>
**Subject:** New Florida DOC Order Form

John,

Attached is the revised order form removing the players. I did not know if I need your approval first so that Bill Terry can distribute this. Could you please let me know?

Thanks,

Carla

1RFP03_000012