# Ritacco, Steven

| | |
|---|---|
| **From:** | Bryant, John |
| **Sent:** | Friday, June 30, 2017 3:15 PM |
| **To:** | Ritacco, Steven |
| **Cc:** | Barnes, Gilbert; Bryant, John; Millender, Edward; Gaskins, Angela; Westberry, Janie |
| **Subject:** | FW: Multimedia Kiosks & Tablets Project: Marketing Material Mock-ups |
| **Attachments:** | Florida DOC - Inmate Kiosk How-To Poster - Maintenance.pdf; Florida DOC Intake Flyer Services .pdf; Florida DOC Poster 11x17 Services.pdf; Florida DOC TakeOne Services.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Steven,

I concur with Mr. Kirkland's recommendations below.  We need to add the size of the JP5 mini to the inmate poster so that inmates will know the mini has a 4.3" screen and the JP5S is a 7" screen.

**John G. Bryant III**
**Operations & Management Consultant Manager**
**Office of Administration**
**Bureau of Contract Management and Monitoring**
**Florida Department of Corrections**
**(850) 717-3698 (office) (850) 688-3072 (cell)**
**bryant.john@mail.dc.state.fl.us**

How's my customer service?  Please click here to conduct a survey

---

**From:** Ritacco, Steven
**Sent:** Wednesday, June 28, 2017 3:24 PM
**To:** Westberry, Janie <Janie.Westberry@fdc.myflorida.com>; Harrell, Michael <Michael.Harrell@fdc.myflorida.com>; Hoskins, Jason <Jason.Hoskins@fdc.myflorida.com>; Jara, Michael <Michael.Jara@fdc.myflorida.com>; Davis, Don <Don.Davis@fdc.myflorida.com>; Vaughn, Thomas <Thomas.Vaughn@fdc.myflorida.com>; Garst, Evelyn <Evelyn.Garst@fdc.myflorida.com>; Steely, Kenneth <Kenneth.Steely@fdc.myflorida.com>; Faulk, Kasey <Kasey.Faulk@fdc.myflorida.com>; Labare, Monique <Monique.Labare@fdc.myflorida.com>; Parker, Kay <Kay.Parker@fdc.myflorida.com>; Weatherspoon, Vernon <Vernon.Weatherspoon@fdc.myflorida.com>; Weglinski, Nancy <Nancy.Weglinski@fdc.myflorida.com>; Millender, Edward <Edward.Millender@fdc.myflorida.com>; Neidhardt, Anne <Anne.Neidhardt@fdc.myflorida.com>; Gattupalli, Hema <Hema.Gattupalli@fdc.myflorida.com>; Clark, Leonard <Leonard.Clark@fdc.myflorida.com>; Bryant, John <John.Bryant@fdc.myflorida.com>; Barnes, Gilbert <Gilbert.Barnes@fdc.myflorida.com>; Sharpe, Todd <Todd.Sharpe@fdc.myflorida.com>
**Cc:** Kirkland, Wes <Wes.Kirkland@fdc.myflorida.com>; Bodiford, Trueby <Trueby.Bodiford@fdc.myflorida.com>; Ling, Wendy <Wendy.Ling@fdc.myflorida.com>; Bryant, John <John.Bryant@fdc.myflorida.com>; Johnson, Katie <Mary.Johnson2@fdc.myflorida.com>
**Subject:** Multimedia Kiosks & Tablets Project: Marketing Material Mock-ups

Good afternoon All:

**EXHIBIT 2**

1

1RFP03_000005

Please review the attached posters and flyers and email me your revisions/comments no later than Friday, June 30th close of business. We have the following comments so far:

**Mr. Kirkland recommended a couple of changes below and Kasey Faulk agreed with them:**
1. The inmate will have to purchase their tablet. The flyers indicates family can purchase and send it to the inmate.
2. Video visitation is in 15 minute increments, with the option to purchase another 15 minutes. The flyers reference 30 minute sessions with the option to extend.

**Janie Westberry recommended** in today's *Institutions – Kiosk & Tablet Workgroup* that we add pricing for the JPay services on the poster or have a separate poster with that information on it.

Regards,

**Steven G. Ritacco, PMP®, CSM®**
Sr. Project Manager
Florida Department of Corrections
850.717.3734



**Our Vision: "Inspiring success by transforming one life at a time."**

---

**From:** Ritacco, Steven
**Sent:** Tuesday, June 20, 2017 1:43 PM
**To:** Harrell, Michael <Michael.Harrell@fdc.myflorida.com>; Hoskins, Jason <Jason.Hoskins@fdc.myflorida.com>; Jara, Michael <Michael.Jara@fdc.myflorida.com>; Davis, Don <Don.Davis@fdc.myflorida.com>; Vaughn, Thomas <Thomas.Vaughn@fdc.myflorida.com>; Garst, Evelyn <Evelyn.Garst@fdc.myflorida.com>; Steely, Kenneth <Kenneth.Steely@fdc.myflorida.com>; Faulk, Kasey <Kasey.Faulk@fdc.myflorida.com>; Labare, Monique <Monique.Labare@fdc.myflorida.com>; Parker, Kay <Kay.Parker@fdc.myflorida.com>; McHargue, Wendy <Wendy.McHargue@fdc.myflorida.com>; Stewart, Billy <Billy.Stewart@fdc.myflorida.com>; Weatherspoon, Vernon <Vernon.Weatherspoon@fdc.myflorida.com>; Luffman, Jason <Jason.Luffman@fdc.myflorida.com>; Wray, Felix <Felix.Wray2@fdc.myflorida.com>; Weglinski, Nancy <Nancy.Weglinski@fdc.myflorida.com>; Edward Millender (Edward.Millender@fdc.myflorida.com) <Edward.Millender@fdc.myflorida.com>; Neidhardt, Anne <Anne.Neidhardt@fdc.myflorida.com>; Dicus, Charles (Charles.Dicus@fdc.myflorida.com) <Charles.Dicus@fdc.myflorida.com>; Gattupalli, Hema <Hema.Gattupalli@fdc.myflorida.com>; Clark, Leonard (Leonard.Clark@fdc.myflorida.com) <Leonard.Clark@fdc.myflorida.com>
**Cc:** Kirkland, Wes <Wes.Kirkland@fdc.myflorida.com>; Bodiford, Trueby <Trueby.Bodiford@fdc.myflorida.com>; Ling, Wendy <Wendy.Ling@fdc.myflorida.com>; Bryant, John <John.Bryant@fdc.myflorida.com>; Johnson, Katie <mary.johnson2@fdc.myflorida.com>
**Subject:** Multimedia Kiosks & Tablets Project: Marketing Material Mock-ups

All:

Please review the attached marketing materials from JPay.  JPay is developing the posters in Spanish, Creole and large font, FAQs, and video. These will be provided to you next week with the exception of the posters in Creole and large font.

Mr. Kirkland reviewed the materials and has recommended the following changes:
1. The inmate will have to purchase their tablet. The flyers indicates family can purchase and send it to the inmate.
2. Video visitation is in 15 minute increments, with the option to purchase another 15 minutes. The flyers reference 30 minute sessions with the option to extend.

We will set deadlines for revisions/comments in Wednesday's, June 21st, meeting.

Regards,

**Steven G. Ritacco, PMP®, CSM®**
Sr. Project Manager
Florida Department of Corrections
850.717.3734



**Our Vision: "Inspiring success by transforming one life at a time."**

---

**From:** Kirkland, Wes
**Sent:** Tuesday, June 20, 2017 6:51 AM
**To:** Ritacco, Steven <Steven.Ritacco@fdc.myflorida.com>
**Cc:** Comerford, Richard <Richard.Comerford@fdc.myflorida.com>; Harrell, Michael <Michael.Harrell@fdc.myflorida.com>
**Subject:** RE: Multimedia Kiosks & Tablets Project: Marketing Material Mock-ups

A couple of changes:

1. The inmate will have to purchase their tablet. The flyers indicates family can purchase and send it to the inmate.
2. Video visitation is in 15 minute increments, with the option to purchase another 15 minutes. The flyers reference 30 minute sessions with the option to extend.

Wes Kirkland
Deputy Director of Institutional Operations
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL  32399
Tel: (850) 717-3014



**From:** Ritacco, Steven
**Sent:** Monday, June 19, 2017 4:36 PM
**To:** Kirkland, Wes <Wes.Kirkland@fdc.myflorida.com>
**Cc:** Harrell, Michael <Michael.Harrell@fdc.myflorida.com>; Hoskins, Jason <Jason.Hoskins@fdc.myflorida.com>; Comerford, Richard <Richard.Comerford@fdc.myflorida.com>; Labare, Monique <Monique.Labare@fdc.myflorida.com>; Ling, Wendy <Wendy.Ling@fdc.myflorida.com>
**Subject:** Multimedia Kiosks & Tablets Project: Marketing Material Mock-ups

Good afternoon Sir:

Attached are poster mock-ups for your review. The kiosk how-to posters and the intake flyer are inmate-facing. The other poster and the take-ones are for friends and family. JPay is working on FAQs, posters expressed in Spanish and Creole, and low vision posters.

Regards,

**Steven G. Ritacco, PMP®, CSM®**
Sr. Project Manager
Florida Department of Corrections
850.717.3734



**Our Vision: "Inspiring success by transforming one life at a time."**

**From:** Kayla Duncan [mailto:kduncan@JPay.com]
**Sent:** Thursday, June 15, 2017 2:52 PM
**To:** Ritacco, Steven <Steven.Ritacco@fdc.myflorida.com>
**Cc:** Labare, Monique <Monique.Labare@fdc.myflorida.com>; Gattupalli, Hema <Hema.Gattupalli@fdc.myflorida.com>; Millender, Edward <Edward.Millender@fdc.myflorida.com>
**Subject:** Marketing Material Mock-ups

Hello Steven,

Here is the spread of FL mock-ups we discussed. The kiosk how-to posters and the intake flyer are inmate-facing; the other poster and the take-ones are for friends and family.

Our best practice is to use the how-to poster and the how-to video in conjunction with one another to disseminate information to the population. This general spread of materials has been used (and proven effective) in a vast number of deployments across the country.

These are the English versions that are intended to be used as samples. As discussed we also have Spanish versions immediately available, but are continuing to work on Creole versions.

Let me know if you need anything else or have any questions.

Thanks,

**Kayla Duncan**
JPay |Southeast Regional Account Manager
Direct: 954-862-6900 x 3016| Cell: 786-972-0804
KDuncan@JPay.com

For immediate assistance, please contact our Help Desk by email at HelpDesk@jpay.com or by phone (855) 445-5729.

Our Vision: "Inspiring success by transforming one life at a time."
Our Vision: "Inspiring success by transforming one life at a time."