UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

WILLIAM DEMLER, individually,
and on behalf of all others similarly situated,

    Plaintiff,

vs.

Case No. 4:19-cv-0094

MARK S. INCH, in his official capacity as
Secretary of the Florida Department of
Corrections,

    Defendant.

_____/

## DECLARATION OF DAVID REUTTER

I, David Reutter, declare as follows:

1. I am over 18 years old. This declaration is based on my personal knowledge.

2. I am currently incarcerated at Sumter Correctional Institute and am serving a life sentence in the custody of the Florida Department of Corrections (FDOC).

3. On or about the summer of 2012, while I was incarcerated at Cross City Correctional Institute, I bought an MP3 player from Access Corrections (Access) pursuant to the FDOC's music player program.

**EXHIBIT 3**

1

PL 000003

4. I bought the larger-sized player for $99.99 and over the many years I had the player, I bought approximately 1200 songs which were all downloaded inside it.

5. When I bought the MP3 player, I understood that I would own the music forever. That was because when the program started, FDOC and Access advertised that once prisoners bought the songs, they would be allowed to keep them forever. This turned out not to be true.

6. Some time ago, the FDOC announced that the MP3 program was being terminated and that prisoners could no longer keep their MP3 players and their music. The FDOC told everyone in prison who had an MP3 player that they had to turn their player into the FDOC or else it would be confiscated by the FDOC.

7. FDOC gave prisoners two options. For $24.95, we could have Access either send the player to someone outside the prison system with the security lock removed, or, we could have all our songs downloaded from the player onto a data disc that would be sent to a person outside the prison that we designated.

8. Faced with that decision, when I turned my player in, I decided to have all the music on my player, approximately 1200 songs, downloaded onto a disc and sent to my sister, Sabrina Reutter, who lives in Jacksonville.

PL 000004

9. On February 27, 2019, I filled out a form which directed that my music be downloaded onto a disc and that the disc be sent to my sister at her address in Jacksonville. *See* attached form.

10. I had the FDOC take $24.95 from my inmate trust account and issue a check payable to Access, as directed, for them to download my songs onto the disc and send to my sister.

11. Based on what I have been told by officers at the prison, the player and the form were sent in a separate package from the check.

12. The check was sent in a separate envelope with a letter which stated that the player was sent in a separate package. That letter also provided the tracking number of the package that the player and form were sent in.

13. Just after I filled out the form and paid the money to have the music sent to my sister on a disc, I told my sister to keep an eye out for the disc and that she should be receiving it soon.

14. For several months afterwards whenever I spoke to my sister, I asked her if she had received the disc and she said no.

15. Finally, after repeatedly hearing from my sister that she hadn't received it, I gave her the phone number to call Access to find out the reason for the delay. In June, my sister Sabrina called Access to ask why she hadn't received the disc.

PL 000005

16. My sister called Access and was told by an Access employee that Access had received the player and my check, but that they would not download the music onto the disc until I am released from prison. She was also told that Access had retuned the player and my check to prison officials.

17. After my sister told me what Access had told her, I checked my inmate trust account periodically to determine whether the check had been cashed.

18. I then wrote to Access and asked them what happened and to tell them that I am serving a life sentence. For several months, I did not receive any information as to what happened to my player or why my music was never downloaded onto a disc and sent to my sister, as everyone promised Access would do.

19. On September 6, 2019, I sent a certified letter to Access detailing all I had done pursuant to the instructions given by FDOC and Access to return my player and to have the music copied on a disc and sent to my sister.

20. In the meantime, I filed a grievance to the FDOC about the $24.95 check that I paid to Access through my inmate account, claiming that my money was taken from me for the download of the disc but that it never done.

21. On September 17, 2019, I received a response to my grievance on the check and was told that the check was never cashed; the FDOC voided it and returned the funds to my account.

PL 000006

22. On September 19, 2019, I received an undated letter that was postmarked September 12, 2019, from Access Corrections Media Program Manager John Clark in response to my letter to them on September 6. The letter stated that my MP3 player was received by Access on March 8, 2019, and that the player has since been shipped back to my prison facility. The letter also stated that their notes indicated that the player had been sent to them because it was "not powering on." The letter further stated that no check had been sent with the player.

23. When I sent the player with the form months before, I simply filled out the information requested by the form and made no mention that the player was not working.

24. As for the check not being sent with the player, the officer at my prison who approved the check told me that Access was aware it would be sent separately because the checks are issued at another facility, and that a letter with the check noted that the player had been sent under a separate cover letter which provided them the tracking number.

25. I have inquired at that the property room at my prison about the player and was told that it had not arrived at the property room.

26. I still do not know what happened to my MP3 and the 1200 songs that were downloaded inside it.

PL 000007

27. In the middle of October 2019, I filed a grievance with FDOC about Access and the letter I received from Mr. Clark complaining that contrary to what Access had told me in the letter, the player had not been received by the prison and that the player was still missing. I restated my complaint that my music which I lawfully purchased had not been downloaded onto a disc and sent to my sister, as Access and FDOC had promised it would be.

28. As far as I am concerned, the FDOC and Access have cheated me and stolen the money I originally paid for the MP3 player and the approximately 1200 songs that I purchased.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

David Reutter

Date: October 13, 2019

PL 000008



# Memo

To: Music Player Owner

From: Access Corrections

Re: Access Corrections Music Player Unlocking Service/ Music Downloaded to Data Disc

---

Access Corrections Music Players are locked to comply with the security requirements of a correctional environment. To continue player functionality outside of the correctional facility after your release, the Player requires the removal of the security lock. To remove the security from your Player, you will need to send Access Corrections the following:

1) Cashier's Check or Money Order payable to "Access Corrections" for $24.95. This fee will cover the cost of unlocking your Player or having your music downloaded to a Data Disc and the shipping cost to forward the Player to the address you provide below.

2) You must provide the following information:

   ___ Remove the security lock on Player   OR   ✓ Place all purchased music on a Data Disc

   Inmate Name: Reutter, David                       DOB: 05/19/65
   Inmate ID Number: 117719            Institution from which released: Sumter CI
   Street Address: 10426 Civic Club Dr.              Apt #: _____
   City: Jacksonville              State: FL       Zip Code: 32219
   Telephone Number: 904-634-7064   (sister's)

   • Access Corrections will mail / ship the Player to the address provided above, and is not responsible for the Player, delivery, or receipt thereafter.

3) Your Player

Please send your institution check, cashier's check or money order, completed form, and your Player to the following address:

   Access Corrections
   10880 Lin Page Place
   Saint Louis, MO  63132

You must send your payment, form, and Player via a carrier or service which requires a delivery acceptance signature. If you do not use this type of shipping service, Access Corrections cannot be responsible for Players not received if the sender cannot provide proof of delivery acceptance. Please carefully pack your player for return. Access Corrections will not replace Players which are damaged / broken.

Thank you very much for your cooperation with the Access Corrections MP3 Player unlocking service. Please call us if you have any questions or concerns.

---

10880 Lin Page Place • St. Louis, Missouri  63132 • 877.760.1118 • Fax: 314.919.4153




REUTTER, DAVID M
117719
SP-SUMTER CORRECTIONAL INSTITUTION
9544 COUNTY RD 476B
BUSHNELL, FL 33513

Access Corrections received your Technical Support Form. After a review of our systems and records, we have determined the following information as it pertains to your concern,

Concern: User Guide Help

Resolution: Resolution to concern

Good Morning,
Our system shows that your device was received 3/8/19 and has since been shipped back to your facility. Our notes state that the device came in for "not powering on". No check was sent in with the device. We apologize for the inconvenience. Thank you for choosing Access Corrections and have a great day.

**Final Resolution: Returned**

John Clark
Access Corrections
Media Program Manager

*This is my original. They refused to make a copy for me. Can you copy & return to me? Thanks*

Interaction#:    38383

PL 000010