UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

WILLIAM DEMLER, individually,
and on behalf of all others similarly situated,

    Plaintiff,

vs.                                            Case No. 4:19-cv-0094

MARK S. INCH, in his official capacity as
Secretary of the Florida Department of
Corrections,

    Defendant.

## DECLARATION OF SABRINA REUTTER

I, Sabrina Reutter, declare as follows:

1. I am over 18 years old. This declaration is based on my personal knowledge.

2. I currently live in Jacksonville, Florida.

3. I am the sister of David Reutter who is currently incarcerated and serving a life sentence in the custody of the Florida Department of Corrections.

4. Earlier this year in February, my brother told me that he had paid $24.95 to have the music in his prison-issued MP3 player downloaded onto to a disc and sent to me because the prison system was terminating the MP3 program and that he could no longer keep MP3 player and the songs downloaded in it.

{214106;1}                                1        **EXHIBIT 4**        PL 000011

5.   He told me that a company called Access would be sending the disc to me and that I should look for it in the mail and to contact him when I received it.

6.   Several months went by and every time I spoke to my brother, I told him that I had not received anything.

7.   In June my brother gave me the number to call Access to find out what happened and why I hadn't received the disc. He also gave me the tracking number for the mailing of the player to Access and the information from his inmate trust account to show that his money had been taken out of his account to pay for the service.

8.   On June 28, 2019, I called Access and spoke to an employee who was polite and acknowledged that they had received my brother's player from the FDOC along with my brother's check. They told me, however, that they could not download the music onto to disc and send it to me because my brother was a "lifer." They told me that music would only be downloaded on a disc when a prisoner is released from prison. The Access employee told me that they had sent the player and the check back to the FDOC

9.   Soon after that call, I told my brother what the Access employee had told me.

10.   On August 20, I called Access a second time and spoke to the same

employee. This time she was rude to me and would not provide any information as to why the music had not been downloaded onto a disc and sent to me.

11. She told me that she couldn't discuss the matter with me and that the issue had to be worked out between FDOC and Access.

12. On October 15, 2019, I called the same number. I spoke to a person named Diamond who told me that "Access Securepak" now handles these matters in Florida and that she had no information related to my brother David and his MP3 player.

13. I have since called back and spoken to a person named Syntia. She told me that the MP3 player was sent back to my brother's prison facility by FedEx on March 21, 2019, and she provided me with the tracking number. She said that the player was sent to them stating that the player did not work and that the player is no longer under warranty. Finally, she said that Access Securepak does not assume any responsibility for the device.

14. I still have not received a disc with my brother's music.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

*Sabrina Reutter*
Sabrina Reutter

Date: 11-18-19

14106;1 }

3

PL 000013