# United States District Court
## CIVIL MINUTES - GENERAL

Date: April 15, 2020  
Time: 10:02 – 10:07 a.m.

Case No.: 4:19cv94-RH

### WILLIAM DEMLER v. MARK S. INCH

DOCKET ENTRY: Telephonic Status Conference held. Parties discuss stipulation for class certification and settlement. Ruling by Court: The class will be certified. Motion to approve settlement to be filed within one month. All other proceedings are stayed. An order is forthcoming.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Cindy Markley | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS APPEARING FOR PLAINTIFF:  
Joshua Glickman  
Shawn Heller  
Dante Trevisani  
Ray Taseff

ATTORNEYS APPEARING FOR DEFENDANT:  
Miguel Olivella  
Anita Patel

Initials of the Clerk:  ckm