IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE

FROM: JAMES BRENNAN
DC# 443295 - INMATE,
FLA. DEPT. OF CORRECTIONS
VS.
MARK S. INCH

CASE NO.
4:19-CV-94-RH-GRJ

## MOTION TO ADD/INCLUDE IN CLASS ACTION

THIS CASE HAS BEEN CERTIFIED AS A CLASS ACTION (DOC. 164)

JAMES BRENNAN - DC# 443295 is AN INMATE IN (FLORIDA DEPT. CORRECTIONS) WHO BOUGHT MORE THEN 75 SONGS IN the MP3/MP4 MUSIC download Program AND has SUFFERED A LOSS. (ABOUT 250 SONGS TOTAL)

JAMES BRENNAN Respectfully Request the COURT Add him AS A PLAINTIFF IN this class ACTION CASE NO. 4:19-CV-94-RH-GRJ IN which A settlement AGREEMENT Has Been Reached.

(PLEASE Add AS class member)

THANK YOU/Respectfully
JAMES BRENNAN
DC# 443295
BAY CORR. Rehab. Facility
5400 Bayline dR.
PANAMA City, FL. 32404

Provided To:
Bay Correctional Facility

APR 2 1 2020

For Mailing

FILED USDC FLND GV
APR 27 '20 PM12:03

James Brennan
Y43 295
Bay Corr. Rehab. Facility
5400 Bayline dR
PC., FL. 32404

PENSACOLA FL 325
22 APR 2020 PM 2 L

CHECKED APR 27 2020

U.S. District court
401 S.E. 1st Ave. (Suite 243)
Gainesville, FL 32601

LEGAL MAIL   32601-689568

LEGAL MAIL

