IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE

FROM: ERIN ATAC
DC# L85854 - inmate
Florida Dept. Corr.
VS.
MARK S. INCH

CASE NO.
4:19-CV-94-RH-GRJ

MOTION TO INCLUDE IN CLASS ACTION OR ADD AS A CLASS MEMBER

THIS ACTION HAS BEEN CERTIFIED AS A CLASS ACTION, See (Doc.164), CASE NO. 4:19-CV-94-RH-GRJ

ERIN ATAC - DC# L85854 is an inmate in (FL. Dept.-Corr.) who bought more than 75 songs & has suffered a loss from the MP4/MP3 music download program. (About 400 songs total)
ERIN ATAC Respectfully request to be added as a Plaintiff and/or class member in the case of: 4:19-CV-94-RH-GRJ in which a settlement agreement has been reached.

Provided To:
Bay Correctional Facility

APR 2 1 2021

For Mailing

THANK YOU
ERIN ATAC
L85854
Bay Corr. Facility
5400 Bayline Dr.
P.C., FL 32404

Erin Atal
L85854
Bay CF
5400 Bayline dr.
P.C., FL. 32404

PENSACOLA FL 325

CHECKED APR 27 2020

U.S. District Court
401 S.E. 1st Ave. (Suite 243)
Gainesville, FL. 32601

32601-689568

LEGAL MAIL

