IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM DEMLER,

     Plaintiffs,

v.                                          CASE NO. 4:19cv94-RH-GRJ

MARK S. INCH,

     Defendant.

_____/

## ORDER DENYING THE MOTIONS
## TO BE ADDED AS PLAINTIFFS

This case has been certified as a class action. Two individuals—James Brennan and Erin Atac—have filed separate motions to be added as plaintiffs.

If Mr. Brennan and Mr. Atac seek only to be recognized as class members, the motion is unnecessary and serves no purpose. If they meet the class definition, they are already class members.

If Mr. Brennan and Mr. Atac seek to become named plaintiffs and, in that capacity, to serve as class representatives, the motion is unfounded. There is no need for additional class representatives, and in any event, an individual who is not

represented by an attorney—as these are not—cannot serve as a class representative.

If Mr. Brennan and Mr. Atac seek to intervene as individual plaintiffs but not as named plaintiffs, the result is the same. They are not entitled to intervene as of right under Federal Rule of Civil Procedure 24(a). As a matter of discretion, I deny permissive intervention under Rule 24(b).

IT IS ORDERED:

The motions to be added as plaintiffs, ECF Nos. 165 and 166, are denied.

SO ORDERED on May 1, 2020.

> s/Robert L. Hinkle
> United States District Judge