UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM DEMLER, MICHAEL GISI
and WAYNE PULA, individually,
and on behalf of all others similarly
situated,
    Plaintiffs,

Case No. 4:19-cv-00094-RH/GRJ

vs.

MARK S. INCH, in his official
capacity as Secretary of the Florida
Department of Corrections,
    Defendant
_____/

## Notifice To Clerk

Please find enclosed letter to my counsel in-re Case No. 4:19-cv-00094-RH/GRJ.

File said letter in public record in said case number.

Please notify me of verification of recieving this Notice.

Thank You For Your Time
    Respectfully,

5/28/2020

    Wayne Pula
    Plaintiff

CC Wayne Pula

Dear Mr. Trevisani,

I am not sure that I fully understand page 4, subsection II, 1.(g) of the agreement.

It is extremely confusing and nowhere does the agreement define the exact amount of compensation. It in fact alludes to the lowest available.

I gave prior assent by phone for preliminary approval after being assured by you that the FDOC had agreed to 100% compensation minus the $100.00 (one hundred dollars) they gave in increments.

And I did not recieve the agreement to read for myself until 5/26/2020.

I was led to believe I would recieve approximately $550.00 plus a percentage of surplus, with the ability to use said credited media account funds to purchase any merchandise JPay offered on their Tablet Program.

As my agent, if the section II 1.(g) is understood by me correctly and does not reflect the above, then I request my signature and yours acting in my stead be rescinded on the grounds of mistake, and misrepresentation as there was no meeting of the minds and in fact coercion.

Was this agreement solely the interim or did you contribute to its drafting?

Please contact me via legal phone call a.s.a.p.

Sincerely,
Wyn Pule

cc: Wayne Pula, and...
   Clerk of the Court
   U.S. District Court,
   Northern District of Florida
   111 N. Adams St.
   Tallahassee, FL 32301-7730
   Case No. 4:19-cv-00094-RH-GRJ

Wakulla Corr. Inst.; M/u
110 M/down
Crawfordville, FL 32327

Clerk of the Court
U.S. District Court
Northern District of Florida
111 N. Adams St.
Tallahassee, FL 32301-7730

LEGAL MAIL

3230187730 C001

MAILED FROM
05/29/2020
A STATE
CORRECTIONAL
INSTITUTION

US POSTAGE $0

ZIP 32327
011E11675914

CHECKED JUN - 1 2020

LEGAL MAIL
Provided to
Wakulla CI

MAY 28 2020

FOR MAILING