UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

WILLIAM DEMLER, MICHAEL GISI,
and WAYNE PULA, individually,
and on behalf of all others similarly situated,

    Plaintiff,

vs.                                               Case No. 4:19-cv-00094-RH/GRJ

MARK S. INCH, in his official capacity as
Secretary of the Florida Department of
Corrections,

    Defendant.
_____/

## PLAINTIFFS' NOTICE REGARDING DOCKET ENTRY 172

Plaintiffs' Counsel respectfully files this Notice Regarding Docket Entry 172:

1. On June 4, 2020, a letter from Plaintiff Wayne Pula to Plaintiffs' Counsel was docketed and filed at the request of Mr. Pula.

2. Plaintiffs' counsel received the letter on the same day.

3. Plaintiffs' counsel is confident that the issues raised in Mr. Pula's letter are a result of a misunderstanding that will be resolved after Plaintiffs' counsel and Mr. Pula have the opportunity to speak.

4. Plaintiffs' counsel is coordinating with the institution where Mr. Pula is housed to coordinate an attorney/client call. According to the institution, they are short staffed due to illness at the institution and will not be able to coordinate a call

until June 8, 2020, the earliest with the caveat that the call may not take place until June 10, 2020.

5.   After the call takes place, Plaintiffs' counsel will immediately notify the Court, and will provide the Court with an update, which Plaintiff's counsel anticipates being a resolution of this issue.

**Certificate of Word Limit.**   Pursuant to N.D. Fla. Local Rule 7.1(F), this Notice contains 176 words.

Respectfully submitted,

Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com
Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com

Social Justice Law Collective, PL
974 Howard Ave.
Dunedin FL 34698
Tel: (202) 709-5744

Dante P. Trevisani, Esq.
Florida Bar No. 72912
dtrevisani@floridajusticeinstitute.org
Ray Taseff, Esq.
Florida Bar No. 352500
rtaseff@floridajusticeinstitute.org

Florida Justice Institute, Inc.
100 S.E. 2nd Street
3750 Miami Tower
Miami, Florida 33131-2309
305-358-2081

305-358-0910 (FAX)

By: *s/Shawn A. Heller*
Shawn A. Heller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 4th day of June 2020, which will send a notice of electronic filing to all attorneys of record.

By: *s/Shawn A. Heller*
Shawn A. Heller, Esq.
.