FLORIDA DEPARTMENT,
PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 8/11/20
FOR MAILING

August 5, 2020

Mr. Paul Manassah   DC#
Apalachee Correctional Institution  E/U
35 Apalachee Drive
Sneads, Florida 32460-4166

Fairness Hearing
Clerk of the Courts U.S. District Court
Northern District of Florida
111 N. Adams Street
Tallahassee, Florida 32301-7730

Dear Sir,

I am writing this brief set of lines to inquire as to where do I fit (exactly) into this equation for the distribution of credits from the F.D.O.C.'s digital music player program? I had purchased an MP4, w/ 80 songs. So how many credits am I entitled to have reimbursement for. When should I anticipate this being placed into my J-Pay Media Account?

I thank you for all your time in this very important matter.

Respectfully Submitted

Paul Manassah   8-5-2020
Apalachee Correctional Institution C/O
35 Apalachee Drive
Sneads, Florida 32460-4166

P.S. From a J-Pay e-mail dated 6-4-2020
and
8-4-2020  Upgraded

FILED USDC FLND TL
AUG 14 '20 PM 5:06

MR. PAUL, MANASSAH J   DC# 140285
APALACHEE CORRECTIONAL INSTITUTION   E
35 APALACHEE DRIVE
SNEADS, FLORIDA 32460-4166

CHECKED AUG 14 2020

"FAIRNESS HEARING"
CLERK. OF THE COURTS   U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA

PROVIDED TO APALACHEE
CORRECTIONAL INSTITUTION
ON 8/11/20
FOR MAILING