I am confused of the address I am to send my info to for my recognition of the settlement due for my Music Player.

I sent my first notice to P.O. Box 643264, Vero Beach, FL, 32964-3264

I do have well over 75 songs and quality

Thanks, Jonathan Pollard

FILED USDC FLND TL
AUG 27 '20 PM2:52

Jonathan Pollard - inmate - C-07551
Moore Haven C.F.
P.O. Box 719001, Moore Haven FL, 33471



THIS MAIL ORIGINATED FROM A CORRECTIONAL FACILITY.

Attention class action settlement M.Player
U.S. district court, Northern District of FL,
111 N. adams St, Tallahassee, FL 32301-7730