# United States District Court
## CIVIL MINUTES - GENERAL

Date: November 16, 2020   Case No.: 4:19cv94-RH
Time: 3:38 – 4:14 p.m.

### WILLIAM DEMLER et al. v. MARK S. INCH

DOCKET ENTRY: Telephonic Status Conference held. Court addresses the parties regarding procedures for conducting the Fairness Hearing by video and audio.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Cindy Markley | Lisa Snyder |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS APPEARING FOR PLAINTIFFS:
Joshua Glickman
Shawn Heller
Dante Trevisani

ATTORNEY APPEARING FOR CLASS MEMBER ROBERT GRAHAM:
Loren Rhoton

Wayne Pula (pro se plaintiff)

ATTORNEY APPEARING FOR DEFENDANT:
Miguel Olivella

Initials of the Clerk: ckm