IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM DEMLER,

    Plaintiffs,

v.                                                        CASE NO. 4:19cv94-RH-GRJ

MARK S. INCH,

    Defendant.

_____/

**ORDER GIVING NOTICE OF ISSUES TO BE
ADDRESSED AT THE FAIRNESS HEARING**

    This case has been certified as a class action for settlement purposes. The class members are prisoners in the Florida Department of Corrections. The proposed settlement calls for distribution of music credits to class members. The settlement has been preliminarily approved. A fairness hearing is scheduled for December 4, 2020.

    The order of October 26, 2020 addressed a number of requests from prisoners to be included as class members. Additional requests have been received. As explained in the October 26 order, if the settlement is approved, class membership will be determined, and music credits will be distributed, as the settlement agreement directs. Individual motions are not the process by which class

membership will be determined. The general status of pending requests will be addressed at the fairness hearing—by category, not necessarily individually. To facilitate this process, this order lists the requests that have been received.

The prisoners who have made requests to be included as class members include those prisoners identified in the October 26, 2020 order and the following:

> Keith Wilson (ECF No. 183)
> Luis Arzola (ECF No. 203)
> Michael A. Torrey (ECF No. 207)
> Leland Johnson (ECF No. 222)
> Ralph E. Crompton (ECF No. 231)
> David A. Wright (ECF No. 233)
> George O. Ortiz (ECF No. 233)
> Wendell Cox (ECF No. 243)
> Charles Scoble (ECF No. 263)
> George Bradwell (ECF No. 270)
> Byron Copeland (ECF No. 274)
> Tyrone McAffee (ECF No. 276)
> Curtis Ovletrea (ECF No. 280)
> Brandon E. Green (ECF No. 297)
> Travis Thomas (ECF No. 313)
> John F. Casey (ECF No. 318)
> Raymond Bradham (ECF No. 375)
> McCordia Isom (ECF No. 487)
> William Miller (ECF No. 602)
> Paul Manassah (ECF No. 607)
> David Kitt (ECF No. 736)
> Nathaniel Black (ECF No. 757).

In addition, a number of potential class members have submitted filings—sometimes labeled objections—asserting they have not received media credit distributions they were due. Class counsel previously responded to an order addressing one such motion and said the distribution process is ongoing. *See* ECF

No. 944. The parties have also addressed the ongoing process of credit distribution and quality assurance in their joint motion for settlement approval. *See* ECF No. 965. The general status of distribution to these class members will be addressed at the fairness hearing—by category, not necessarily individually. To facilitate this process, this order lists the filings that have been received.

The prisoners who have asserted they are missing credits are:

> Authur W. Spencer (ECF No. 186)
> Fernando Roig (ECF No. 198)
> Michael Moody (ECF No. 204)
> Warren Chestang (ECF No. 217)
> Dale R. Pate (ECF No. 238)
> Aaron Atac (ECF No. 239)
> Devin Lamm (ECF Nos. 246, 775, 947, & 954)
> Jaime C. Rodriguez (ECF Nos. 254 & 315)
> Allen Moore (ECF No. 257)
> Daniel J. Craven (ECF No. 258)
> Ira Randall (ECF No. 261)
> Gerald J. Carter (ECF No. 278)
> Brian Carbone (ECF No. 292)
> Anthony Harmon (ECF No. 300)
> Kenakil Gibson (ECF No. 305)
> David Jenkins (ECF No. 306)
> Cornelius T. Battle (ECF No. 324)
> Corry A. Mency (ECF No. 325)
> Robert Kramer (ECF No. 333)
> Daniel Toney (ECF No. 361)
> Ivan Ramirez (ECF No. 374)
> Allen Thompson (ECF No. 555)
> Derreck Phillips (ECF No. 586)
> Christopher Foster (ECF No. 622)
> Ricky S. Brunson (ECF No. 706)
> John W. Stevens (ECF No. 747)
> Corrie D. Barnes (ECF No. 758)
> Calvin J. Washington (ECF No. 822)

        Bobby L. Akien (ECF No. 830-1)
        Franca Angel (ECF No. 831-1)
        Reginald Russell (ECF No. 841)
        Andrew T. Mitchell (ECF No. 850)
        James Stilson (ECF No. 856)
        Tyrone Denson (ECF No. 862)
        Craig Woehrle (ECF No. 875)
        Marvin A. Jackson (ECF No. 877)
        Terry E. Sears (ECF No. 881)
        Joshua Whitaker (ECF Nos. 891, 901, & 927)
        David J. Northup (ECF Nos. 893, 902, 928, & 929)
        John F. Casey (ECF No. 895)
        Mary E. Woods (ECF No. 897)
        Marvin C. Love (ECF No. 913)
        Alyssia M. Skinner (ECF No. 914)
        Joseph Ramirez (ECF No. 920)
        Tommy Morris (ECF Nos. 921, 937)
        Joseph W. Allen (ECF No. 934)
        Charles Wilson (ECF No. 939)
        Rufus Anderson (ECF No. 942)
        Donna Cannon (ECF No. 946)
        Peter Doucette (ECF No. 948)
        Tommie Merchant (ECF No. 953)
        Shawn Hamlett (ECF No. 956)
        Linaker Charlemagne (ECF No. 958)
        Jimmy Scott (ECF No. 959)
        Charles White (ECF No. 962)
        Duane E. Owen (ECF No. 964)
        Jose Angel Vega (ECF No. 969)
        Christopher Lee (ECF No. 970)
        Luis Gonzalez (ECF No. 971)
        Andrew M. Gomez (ECF No. 977).

For these reasons,

IT IS ORDERED:

The parties should be prepared to address at the fairness hearing the matters identified in this order—by category, not necessarily individually.

SO ORDERED on December 1, 2020.

s/Robert L. Hinkle  
United States District Judge